# EXHIBIT A

| Approved, SCAO | Original - Court<br>1st copy - Defendant | 2nd copy - Plaintiff<br>3rd copy - Return |
|---|---|---|

| STATE OF MICHIGAN | | CASE NO. |
|---|---|---|
| JUDICIAL DISTRICT<br>9th JUDICIAL CIRCUIT<br>COUNTY PROBATE | SUMMONS | CZ *2023- 0446 CZ* |

| Court address<br>150 E. Crosstown 49001 | Court telephone no.<br>269-383-8837 |
|---|---|

| Plaintiff's name(s), address(es), and telephone no(s).<br>OTOOFI NASER, an individual | | Defendant's name(s), address(es), and telephone no(s).<br>UBER TECHNOLOGIES, a Corporation<br><br>*Resident agent*<br>*The Corporation Co*<br>*40600 Ann Arbor RD. E*<br>*Suite 201*<br>*Plymouth, MI 48170* |
|---|---|---|
| Plaintiff's attorney, bar no., address, and telephone no.<br>William F. Piper (P38636)<br>William F. Piper, P.L.C.<br>1611 W. Centre Avenue, Suite 209<br>Portage, MI 49024<br>(269) 321-5008 | v | |

**Instructions:** Check the items below that apply to you and provide any required information. Submit this form to the court clerk along with your complaint and, if necessary, a case inventory addendum (form MC 21). The summons section will be completed by the court clerk.

**Domestic Relations Case**

☐ There are no pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

☐ There is one or more pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint. Attached is a completed case inventory (form MC 21) listing those cases.

☐ It is unknown if there are pending or resolved cases within the jurisdiction of the family division of the circuit court involving the family or family members of the person(s) who are the subject of the complaint.

**Civil Case**

☐ This is a business case in which all or part of the action includes a business or commercial dispute under MCL 600.8035.

☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence as alleged in the complaint.

☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in the complaint has

been previously filed in ☐ this court, ☐ _____ Court, where

it was given case number _____ and assigned to Judge _____

The action ☐ remains ☐ is no longer pending.

Summons section completed by court clerk.

| SUMMONS |
|---|

**NOTICE TO THE DEFENDANT:** In the name of the people of the State of Michigan you are notified:
1. You are being sued.
2. **YOU HAVE 21 DAYS** after receiving this summons and a copy of the complaint to **file a written answer with the court** and serve a copy on the other party **or take other lawful action with the court** (28 days if you were served by mail or you were served outside this state).
3. If you do not answer or take other action within the time allowed, judgment may be entered against you for the relief demanded in the complaint.
4. If you require special accommodations to use the court because of a disability or if you require a foreign language interpreter to help you fully participate in court proceedings, please contact the court immediately to make arrangements.

| Issue date *8-15-2023* | Expiration date *NOV 14 2023* | Court clerk X *Denise Wilson* |
|---|---|---|

*This summons is invalid unless served on or before its expiration date. This document must be sealed by the seal of the court.

MC 01 (8/18) **SUMMONS**                                        MCR 1.109(D), MCR 2.102(B), MCR 2.104, MCR 2.105

| PROOF OF SERVICE | **SUMMONS**<br>Case No. CZ |
|---|---|

TO PROCESS SERVER: You are to serve the summons and complaint not later than 91 days from the date of filing or the date of expiration on the order for second summons. You must make and file your return with the court clerk. If you are unable to complete service you must return this original and all copies to the court clerk.

| CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE |
|---|

| ☐ **OFFICER CERTIFICATE** | OR | ☐ **AFFIDAVIT OF PROCESS SERVER** |
|---|---|---|
| I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that:  (notarization not required) | | Being first duly sworn, I state that I am a legally competent adult who is not a party or an officer of a corporate party, and that:  (notarization required) |

☐ I served personally a copy of the summons and complaint.

☐ I served by registered or certified mail (copy of return receipt attached) a copy of the summons and complaint,
together with _____
List all documents served with the summons and complaint

_____

_____ on the defendant(s):

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

☐ I have personally attempted to serve the summons and complaint, together with any attachments, on the following defendant(s) and have been unable to complete service.

| Defendant's name | Complete address(es) of service | Day, date, time |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

I declare under the penalties of perjury that this proof of service has been examined by me and that its contents are true to the best of my information, knowledge, and belief.

| Service fee<br>$ | Miles traveled | Fee<br>$ | | Signature |
|---|---|---|---|---|
| Incorrect address fee<br>$ | Miles traveled | Fee<br>$ | TOTAL FEE<br>$ | Name (type or print) |
| | | | | Title |

Subscribed and sworn to before me on _____ , _____ County, Michigan.
Date

My commission expires: _____ Signature: _____
Date                                        Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

| ACKNOWLEDGMENT OF SERVICE |
|---|

I acknowledge that I have received service of the summons and complaint, together with _____
Attachments

_____ on _____
Day, date, time

_____ on behalf of _____
Signature

STATE OF MICHIGAN
KALAMAZOO COUNTY 9th CIRCUIT COURT

NASER, OTOOFI, an
individual,

           Plaintiff,

v.                                                          Case No.  *2023-0446 CZ*
                                                            Hon.:    **Curtis J. Bell**

UBER TECHNOLOGIES, , a
Corporation

           Defendant.

| William F. Piper (P38636) | |
| William F. Piper, P.L.C. | |
| *Attorney for Plaintiff* | |
| 1611 W. Centre Avenue, Suite 209 | |
| Portage, MI 49024 | |
| 269-321-5008 | |
| wpiper@wpiperlaw.com | |

## COMPLAINT

      The plaintiff Naser Otoofi, by and through his attorney William F. Piper, PLC., for his

First Amended Complaint, states as follows:

## JUDICIAL ALLEGATIONS

1.      The plaintiff is a man of Persian origin who has lived in Iran and Turkey before he

moved to the United States, and he now resides in the County of Kalamazoo, State of Michigan.

2.      The defendant Uber Technologies, Inc. is a corporation that employs individuals by

contract to provide taxi services to the public in the County of Kalamazoo, State of Michigan.

3.      This lawsuit arises out of the defendant's termination of his contract relationship with the

defendant on February 3, 2023.

1

4.      This lawsuit arises in part under 42 USC § 1981.

5.      The claim in this lawsuit involves damages that exceed $25,000.00.

<u>**COMMON ALLEGATIONS**</u>

6.      The plaintiff restates and realleges as though fully set forth herein paragraphs 1 through 5 of this complaint.

7.      In August 2022 Mr. Otoofi began working as a contract driver for the defendant.

8.      At all times that he worked for the defendant he did a good job for it.

9.      On February 3, 2023 the defendant assigned Mr. Otoofi to drive three women to a destination in Portage, Michigan.

10.     During the drive the three women were intoxicated, and one of them vomited.

11.     The women were belligerent towards Mr. Otoofi, calling him a son of a bitch, an Arab, and gay.

12.     At one point one of the women slapped Mr. Otoofi on the back of the head.

13.     Mr. Otoofi transported the women to a T-Mobile store on South Westnedge Avenue in Portage, dropped them off, and told them he was going to call the police.

14.     The women then told Mr. Otoofi that that if he reported their actions to the police they would accuse him of attempted rape.

15.     Immediately thereafter Mr. Ottofi reported the discriminatory remarks and the assault and battery on him to the defendant, and then the defendant promptly terminated his contract.

16.     On February 13, 2022 Mr. Otoofi reported the women's assault and battery on him and the discriminatory contact of the women to the police, and he reported the discrimination of the defendant to the police as well.

2

17.     As a result of the wrongful acts set forth above, Mr. Otoofi has suffered and will continue to suffer a loss of income, emotional distress, a loss of enjoyment of life, and other damages.

## COUNT I – RETALIATION AND DISCRIMINATION 42 USC § 1981

18.     The plaintiff restates and realleges as though fully set forth herein paragraphs 1-17 of this complaint.

19.     The defendant terminated Mr. Otoofi's contract relationship with it in retaliation against him because he reported discrimination and an assault and battery to the defendant, and because of discrimination.

20.     This claim is actionable under 42 USC § 1981.

21.     As a result of the unlawful conduct set forth above, Mr. Otoofi has suffered and will continue to suffer the damages set forth above.

WHEREFORE, the plaintiff requests a judgment against the defendant that would include back pay, reinstatement or other equitable relief, including future pay; compensation for all of his non-economic damages past and future, punitive damages, costs, interest, attorney's fees under 42 U.S.C. § 1988, and any other relief this court deems fair and just.

Dated: August 15, 2023

WILLIAM F. PIPER
Attorney for Plaintiff

By: _____
William F. Piper (P38636)
BUSINESS ADDRESS
1611 W. Centre Ave., Ste. 209
Portage, MI  49024
(269) 321-5008

3

STATE OF MICHIGAN
KALAMAZOO COUNTY 9th CIRCUIT COURT

OTOOFI, NASER, an
individual,

        Plaintiff,

v.

            Case No. *2023 0446 CZ*
            Hon.:
                **Curtis J. Bell**

UBER TECHNOLOGIES, , a
Corporation

        Defendant.

| William F. Piper (P38636) William F. Piper, P.L.C. *Attorney for Plaintiff* 1611 W. Centre Avenue, Suite 209 Portage, MI 49024 269-321-5008 wpiper@wpiperlaw.com | |
|---|---|

## DEMAND FOR TRIAL BY JURY

The plaintiff  Otoofi Naser , by and through his attorney William F. Piper, PLC, hereby demands a trial by jury in the above-entitled matter.

Dated: August 15, 2023

                WILLIAM F. PIPER, PLC.
                Attorney for Plaintiff

              By: _____
                William F. Piper (P38636)
            BUSINESS ADDRESS:
                1611 W. Centre Ave., Suite 209
                Portage, MI 49024
                (269) 321-5008